IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAWRENCE V. OSEJO,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. 05-1645-AA<br><br><br><br>PROPOSED ORDER FOR EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,400.00 will be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No other fees, costs, or expenses will be awarded.

DATED this __14__ day of __September__, 2006.

_____
UNITED STATES DISTRICT JUDGE


Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant

Page 1    ORDER [05-1645-AA]